UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

# NOTICE

**AMCO Insurance Company**
    vs

**Lauren Spencer, Inc, et al**

Case Number **2:06-CV- 472**
Judge **Frost**

Magistrate Judge **King**

[X]  TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:    Joseph P. Kinneary
           U.S. Courthouse
           85 Marconi Boulevard, Rm 235
           Columbus, Ohio 43215

Date and Time

**November 15, 2006 @ 2:15 p.m.**

Type of Proceeding:    **Preliminary Pretrial Conference**

TELEPHONE CONFERENCE: Any party may request that the conference be held by telephone on the following conditions:
1. that party must initiate the conference call;
2. all parties must be given the opportunity to participate by telephone;
3. approval (For phone conference call (614) 719-3390)
4. approval must be obtained from the courtroom deputy.

AMCO Insurance Company v. Lauren Spencer, Inc. et al    Doc. 12

IMPORTANT: YOU MUST HOLD A CONFERENCE OF THE PARTIES AT LEAST 21 DAYS BEFORE THE PRETRIAL AND FILE A REPORT OF THE PARTIES WITH THE COURT BY THE CLOSE OF BUSINESS 7 DAYS PRIOR TO THE PRETRIAL CONFERENCE.

ATTENDANCE OF PARTIES: Parties or principals are welcome, but not required, to attend the conference. If a party intends to attend the conference, opposing counsel must be advised at least three days prior to the conference.

                                      Norah McCann King
                                      United States Magistrate Judge

                                      s/John D. Miller
Date: October 2, 2006              (By) John D. Miller/Courtroom Deputy
                                      (614) 719-3026

To:
       See electronic notice for list of counsel

**Please call John Miller (614) 719-3026 if any counsel or party has been omitted.**