UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Plaintiff(s),

vs.

Case No. _____

Judge _____

Magistrate Judge _____

Defendant(s).

RULE 26(f) REPORT OF PARTIES
(to be filed no fewer than seven
(7) days prior to the preliminary
pretrial conference)

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____, and was attended by:

_____, counsel for plaintiff(s) _____

_____, counsel for plaintiff(s) _____

_____, counsel for plaintiff(s) _____

_____, counsel for defendant(s) _____

_____, counsel for defendant(s) _____

_____, counsel for defendant(s) _____

_____, counsel for defendant(s) _____

2. The parties:

___ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

___ do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

3. The parties:

___ have exchanged the pre-discovery disclosures required by Rule 26(a)(1).

___ will exchange such disclosures by _____.

___ are exempt from disclosure under Rule 26(a)(1)(E).

___ have agreed not to make initial disclosures.

4. Jurisdiction and Venue

   a. Describe any contested issues relating to: (1) subject matter jurisdiction, (2) personal jurisdiction and/or (3) venue:

   _____
   _____
   _____

   b. Describe the discovery, if any, that will be necessary to the resolution of issues relating to jurisdiction and venue:

   _____
   _____

   c. Recommended date for filing motions addressing jurisdiction and venue:

   _____

5. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: _____

6. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature and extent of discovery that each party will need:

   _____
   _____
   _____

    b. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitation on interrogatories and the limitation of ten depositions, each lasting no more than one day consisting of seven (7) hours?

_____

_____

    c. Identify the discovery, if any, that can be deferred pending settlement discussions and/or resolution of potentially dispositive motions:

_____

_____

    d. Describe the areas in which expert testimony is expected and indicate whether each expert will be specially retained within the meaning of F.R. Civ. P. 26(a)(2).

_____

_____

_____

    e. Recommended date for making primary expert designations: _____

    f. Recommended date for making rebuttal expert designations: _____

    g. Recommended discovery cut-off date: _____

7. Recommended dispositive motion date: _____.

8. Has a settlement demand been made? _____ A response? _____

   Date by which a settlement demand can be made: _____

   Date by which a response can be made: _____

9. The earliest Settlement Week referral reasonably likely to be productive is the (choose one) March/ June/ September/ December (year) _____ Settlement Week.

10. Other matters for the attention of the Court: _____

_____

_____

_____

_____

_____

Signatures:
Attorney(s) for Plaintiff(s):            Attorney(s) for Defendant(s):

_____          _____
Ohio Bar #                              Ohio Bar #
Trial Attorney for                      Trial Attorney for


_____          _____
Ohio Bar #                              Ohio Bar #
Trial Attorney for                      Trial Attorney for


_____          _____
Ohio Bar #                              Ohio Bar #
Trial Attorney for                      Trial Attorney for


_____          _____
Ohio Bar #                              Ohio Bar #
Trial Attorney for                      Trial Attorney for