# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**AMCO INSURANCE COMPANY,**

       **Plaintiff,**                    **Case No. 2:06-cv-472**
                                      **JUDGE GREGORY L. FROST**
     v.                                  **Magistrate Judge King**

**LAUREN-SPENCER, INC., et al.,**

       **Defendants.**

## ORDER

Any motions for partial summary judgment shall come on for a non-oral hearing on April 6, 2007 at 8:00 a.m.

    **IT IS SO ORDERED.**


                                           /s/   Gregory L. Frost
                                           GREGORY L. FROST
                                           UNITED STATES DISTRICT JUDGE