IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, | : |
| Plaintiff, | : Case No. C2-06-472 |
| | : |
| v. | : Judge Frost |
| | : |
| | : Magistrate Judge King |
| LAUREN-SPENCER, INC., et al., | : |
| Defendants. | : |

### JOINT MOTION FOR LEAVE TO FILE PAPER DOCUMENTS

Plaintiff AMCO Insurance Company, Defendant George Harris, and Defendants and Counterclaim-Plaintiffs Lauren-Spencer, Inc., Shirley Lee, Bowen Lee, and Popphie Lee have drafted a *Joint Submission of Undisputed Facts* for the purposes of the motions for partial summary judgment to be filed by the parties. Attached to the *Joint Submission of Undisputed Facts* are exhibits, including a large color brochure and color photographs, that would be difficult, if not impossible, to file via the CM/ECF system given the two mega-byte limitation as to file size. As these documents serve a valuable illustrative purpose with respect to facts squarely at issue in this litigation, the parties seek leave from this court, pursuant to Section III of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio, to file the *Joint Submission of Undisputed Facts,* and its exhibits, in paper instead of via the CM/ECF system. A proposed order is attached hereto.

Dated:  January 31, 2007                    Respectfully submitted,

<u>s/Amy S. Thomas by KNM per authorization</u>
Amy S. Thomas (0074380)
Reminger & Reminger Co., LPA
Capitol Square Office Building
65 E. State Street, 4th Floor
Columbus, OH  43215-5657
Telephone: (614) 228-1311
Facsimile: (614) 232-2410
athomas@reminger.com
*Attorneys for Plaintiff*


<u>s/Kathreen Nuber McGinnis</u>
William J. Pohlman (0040912)
Kathreen Nuber McGinnis (0078041)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
Columbus, OH  43215
Telephone: (614) 464-8349
Facsimile: (614) 719-4908
wjpohlman@vssp.com
*Attorneys for Defendants and Counterclaim-Plaintiffs Lauren-Spencer, Inc., Shirley Lee, Bowen Lee, and Popphie Lee*


<u>s/William M. Mattes by KNM per authorization</u>
William M. Mattes (0040465)
Dinsmore & Shohl
175 S. Third Street
Suite 1000
Columbus, OH  43215-5134
Telephone: (614) 628-6901
Facsimile: (614) 628-6890
Bill.mattes@dinslaw.com
*Attorneys for Defendant George Harris*

-3-

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY, | : | |
| | : | Case No. C2-06-472 |
| Plaintiff, | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge King |
| LAUREN-SPENCER, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

For good cause shown, the parties' *Joint Motion for Leave to File Paper Documents* is GRANTED. The *Joint Submission of Undisputed Facts,* and its exhibits, may be filed in paper with the court.

It is so ORDERED.

_____
Judge Frost
Magistrate Judge King

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I caused a true and correct copy of the foregoing *Joint Motion for Leave to File Paper Documents* to be filed electronically on the Court's CM/ECF system (so that notice of this filing will be sent to all parties indicated on the electronic filing receipt and so that all parties may access this filing electronically), including the following:

> Amy S. Thomas
> Reminger & Reminger Co., LPA
> Capitol Square Office Building
> 65 E. State Street, 4th Floor
> Columbus, OH  43215-5657
>
> *Attorneys for Plaintiff*
>
> William M. Mattes
> Dinsmore & Shohl
> 175 S. Third Street
> Suite 1000
> Columbus, OH  43215-5134
>
> *Attorneys for Defendant George Harris*

*s/Kathreen Nuber McGinnis*
Kathreen Nuber McGinnis
