IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, | : |
| Plaintiff, | : Case No. C2-06-472 |
| | : |
| v. | : Judge Frost |
| | : |
| LAUREN-SPENCER, INC., et al., | : Magistrate Judge King |
| | : |
| Defendants. | : |

### ORDER

For good cause shown, the parties' *Joint Motion for Leave to File Paper Documents* is GRANTED. The *Joint Submission of Undisputed Facts,* and its exhibits, may be filed in paper with the court.

It is so ORDERED.

Norah McCann King
Digitally signed by Norah McCann King
DN: CN = Norah McCann King, C = US, OU = United States Magistrate Judge
Date: 2007.02.01 10:26:36 -05'00'

Judge Frost
Magistrate Judge King

-3-