# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:04-cv-00884-MHW-TPK

Harris v. OTC, Inc. et al  
Assigned to: Michael H. Watson  
Referred to: Terence P Kemp  
Cause: 17:101 Copyright Infringement  

Date Filed: 09/14/2004  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2004 | 1 | COMPLAINT filed by Plaintiff George G Harris against Lauren-Spencer Inc, Bowen Lee, Daniel Lee, Pophie Lee, Shirley Lee and OTC, Inc. (rew ) Modified on 12/6/2004 (ph, ). (Entered: 09/15/2004) |
| 09/14/2004 | | Filing fee: $ 150.00, receipt number 243270. (rew ) (Entered: 09/15/2004) |
| 09/14/2004 | 2 | Summons Issued as to defts' Lauren-Spencer Inc, Bowen Lee, Daniel Lee, Pophie Lee, Shirley Lee and OTC, Inc. (rew ) Modified on 12/6/2004 (ph, ). (Entered: 09/15/2004) |
| 10/01/2004 | 3 | MOTION filed by Plaintiff George G Harris for Temporary Restraining Order (ja, ) Memo in Supp of Mot added on 10/1/2004 (ja, ) (Entered: 10/01/2004) |
| 10/01/2004 | 4 | MOTION filed by Plaintiff George G Harris for Preliminary Injunction (ja, ) Memo in Supp of Mot added on 10/1/2004 (ja, ). (Entered: 10/01/2004) |
| 10/01/2004 | 5 | AFFIDAVIT of Michael Oropallo filed by Plaintiff George G Harris re 3 MOTION for Temporary Restraining Order, 4 MOTION for Preliminary Injunction. (Attachments: # 1 Ex 1-6)(ja, ) (Entered: 10/01/2004) |
| 10/01/2004 | 6 | AFFIDAVIT filed by Plaintiff George G Harris re 3 MOTION for Temporary Restraining Order, 4 MOTION for Preliminary Injunction (Attachments: # 1 Exhibit A and B# 2 Exhibits C and D are glossy merch catalogs located in Clerk's Office file (inability to scan due to file size)(ja, ) (Entered: 10/01/2004) |
| 10/04/2004 | 7 | ORDER re 3 MOTION for Temporary Restraining Order filed by George G Harris In Court Hearing set for 10/5/2004 01:30 PM in Courtroom 5 before Michael H. Watson. Signed by Judge Michael H. Watson on 10/4/04. (sem, ). (Entered: 10/04/2004) |
| 10/05/2004 | 8 | RESPONSE in Opposition re 3 MOTION for Temporary Restraining Order filed by Defendants Lauren-Spencer Inc, Bowen Lee, Pophie Lee, Shirley Lee. (Attachments: # 1 Exhibit A Caprison Chart of AKC Pictures with Lauren-Spencer pins# 2 Exhibit B October 4, 2004 Email between Attorney Douglas Rogers and Attorney Bill Mattes# 3 Exhibit C September 21, 2004 Letter from Bowen Lee to Attorney Michael Oropallo# 4 Exhibit D September 22, 2004 Letter from Bowen Lee to Attorney Michael A. Dropallo# 5 Exhibit E September 27, 2004 Letter from Bowen Lee to Attorney Michael Oropallo# 6 Exhibit F Stromback vs. New Line Cinema 02-2387, 02-2388# 7 Exhibit G Lauren-Spencer Example of Fanciful Works# 8 Exhibit H Lauren-Spencer |

| | | |
| --- | --- | --- |
| | | Fanciful Works Rejected for Copyright)(Rogers, Douglas) Modified on 12/6/2004 (ba, ). (Entered: 10/05/2004) |
| 10/06/2004 | 9 | MOTION for Limited Admission *of Michael Oropallo* by Plaintiff George G Harris. (Attachments: # 1 Affidavit of Michael Oropallo# 2 Exhibit # 3 Exhibit)(King, Michael) (Entered: 10/06/2004) |
| 10/06/2004 | 10 | ORDER REASSIGNING CASE to Judge Michael H. Watson for all further proceedings. Judge James L Graham no longer assigned to case. Signed by Judge James L Graham on 10/4/2004. (bw) (Entered: 10/06/2004) |
| 10/06/2004 | 11 | NOTICE of Appearance by Gina R Russo Defendants OTC, Inc., OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee, Pophie Lee (Russo, Gina) Modified on 12/6/2004 (ph, ). Modified on 12/6/2004 (ph, ). Modified on 12/7/2004 (ba, ). (Entered: 10/06/2004) |
| 10/08/2004 | 12 | MOTION to Approve Consent Judgment *Motion of Certain Defendants to Approve Consent Order* by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Rogers, Douglas) (Entered: 10/08/2004) |
| 10/14/2004 | 13 | RESPONSE in Opposition re 12 MOTION to Approve Consent Judgment *Motion of Certain Defendants to Approve Consent Order* filed by Plaintiff George G Harris. (Attachments: # 1 Exhibit Declaration of Michael A. Oropallo)(King, Michael) (Entered: 10/14/2004) |
| 10/18/2004 | 14 | ORDER: Defendants to file answer to the complaint on or before November 15, 2004. Signed by Judge Michael H. Watson on 10/18/04. (dms) (Entered: 10/18/2004) |
| 10/18/2004 | 15 | REPLY to Response to Motion re 12 MOTION to Approve Consent Judgment *Motion of Certain Defendants to Approve Consent Order Reply of Certain Defendants in Response to Memorandum of Plaintiff Contra Motion to Approve Consent Order* filed by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Rogers, Douglas) (Entered: 10/18/2004) |
| 11/09/2004 | 16 | NOTICE of Hearing: Telephonic Status Conference set for 11/15/2004 at 10:00 AM before Michael H. Watson. Court will initiate contact with the parties.(ba, ) (Entered: 11/09/2004) |
| 11/12/2004 | 17 | NOTICE of Appearance by Scott Evan Williams Defendants OTC, Inc., OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee, Pophie Lee (Williams, Scott) Modified on 12/6/2004 (ph, ). Modified on 12/7/2004 (ba, ). (Entered: 11/12/2004) |
| 11/12/2004 | 18 | ANSWER to Complaint by Defendants OTC, Inc., OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee, Pophie Lee.(Williams, Scott) Modified on 12/6/2004 (ph, ). Modified on 12/7/2004 (ba, ). (Entered: 11/12/2004) |
| 11/15/2004 | 19 | Minute Entry for proceedings held before Judge Michael H. Watson : Status Conference held on 11/15/2004. Parties have agreed to mediation before Judge Kemp on 12/13/2004 at 9:30 am (ba, ) (Entered: 11/15/2004) |
| 11/16/2004 | 20 | NOTICE of Settlement Conference set for 12/13/2004 @ 9:30 AM before Judge |

| | | |
| --- | --- | --- |
| | | Terence P Kemp. (rew ) (Entered: 11/16/2004) |
| 12/06/2004 | | Notice of Correction defendant Brown Lee was corrected to Bowen Lee (ph, ) (Entered: 12/06/2004) |
| 12/07/2004 | | Notice of Correction: Documents 11, 17, & 18 were corrected by removing Daniel Lee from the list of Defendants as he is not being represented by Scott Williams, Esq., as is reflected in his Notice of Appearance (ba, ) (Entered: 12/07/2004) |
| 03/01/2005 | 21 | NOTICE: Pretrial Conference set for 4/12/2005 @ 03:30 PM in chambers before Terence P Kemp. (Attachments: # 1 Important Notice-2 # 2 Notice re Discovery) (wh, ) (Entered: 03/01/2005) |
| 03/23/2005 | | Remark: # 21 mailed to Daniel Lee, 410 North Chestnut, Middle Point, OH 45863 (wh, ) (Entered: 03/23/2005) |
| 03/28/2005 | 22 | RULE 26(f) REPORT *of Parties* by Defendants Daniel Lee, Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Williams, Scott) (Entered: 03/28/2005) |
| 04/15/2005 | 23 | PRELIMINARY PRETRIAL ORDER: Joinder of Parties and Motions to Amend due by 5/1/2005. Primary Expert due by 7/1/2005. Rebuttal Expert due by 8/15/2005. Discovery due by 11/1/2005. MSJ due by 12/1/2005. SW in 9/2005. Signed by Judge Terence P Kemp on 4/14/05. (rew ) (Entered: 04/15/2005) |
| 06/09/2005 | 24 | ORDER granting 9 for PHV of Michael A. Oropallo for Pft. Signed by Judge Terence P Kemp on 06/09/05. (dms ) (Entered: 06/10/2005) |
| 07/11/2005 | 25 | ORDER Counsel to confer w/in five (5) business days and inform Court by 7/18/05 if case should not be set for September 2005 Settlement Week. Signed by Judge Terence P Kemp on 7/11/05. (rew) Modified on 7/11/2005 to correct docket text.(rew, ). (Entered: 07/11/2005) |
| 07/21/2005 | 26 | MOTION to Compel *Discovery* by Defendants Daniel Lee, Pophie Lee, OTC, Inc., OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee, Bowen Lee. (Williams, Scott) (Entered: 07/21/2005) |
| 07/21/2005 | 27 | MOTION for Leave to File *Manually Exhibits to Motion to Compel* by Defendants Daniel Lee, Pophie Lee, OTC, Inc., OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee, Bowen Lee. (Attachments: # 1)(Williams, Scott) (Entered: 07/21/2005) |
| 07/22/2005 | 30 | EXHIBIT to be attached to motion of defendants to compel discovery filed on july 12, 2005. (Attachments: # 1 # 2 # 3 # 4)(rew ) (Entered: 07/25/2005) |
| 07/25/2005 | 28 | ORDER : case referred to September 2005 Settlement Week -ntc to follow. Signed by Judge Terence P Kemp on 7/25/05. (rew ) (Entered: 07/25/2005) |
| 07/25/2005 | 29 | ORDER granting #27 Motion for Leave to manually file exhibits to motion to compel. Signed by Judge Terence P Kemp on 7/25/05. (rew) (Entered: 07/25/2005) |
| 07/26/2005 | 31 | NOTICE: Discovery conf set for 8/4/2005 @ 2:00 PM in chambers before Terence P Kemp. (wh1, ) (Entered: 07/26/2005) |

| | | |
|---|---|---|
| 07/29/2005 | 32 | MOTION to Strike 26 MOTION to Compel *Discovery* by Plaintiff George G Harris. Responses due by 6/1/2005 (Attachments: # 1 Supplement Memorandum in Support of Motion to Strike# 2 Supplement Declaration of Michael Oropallo, Esq.# 3 Exhibit A to Declaration# 4 Exhibit B to Declaration# 5 Exhibit C to Declaration# 6 Supplement Motion to Manually File Exhibit D to Declaration# 7 Supplement Proposed Order Granting Plaintiff's Motion to Manually File Exhibit D)(Mattes, William) (Entered: 07/29/2005) |
| 08/01/2005 | 33 | NOTICE of filing exhibit D to the declaration of Michael Oropallo in support of plaintiff's Motion to strike by Plaintiff George G Harris. (rew) (Entered: 08/01/2005) |
| 08/02/2005 | 34 | RESPONSE in Opposition re 32 MOTION to Strike 26 MOTION to Compel *Discovery Memorandum of Defendants In Opposition to Motion to Strike* filed by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Rogers, Douglas) (Entered: 08/02/2005) |
| 08/03/2005 | 35 | REPLY in SUPPORT TO RESPONSE in Opposition by Plaintiff George G Harris re 32 MOTION to Strike 26 MOTION to Compel Discovery Memorandum of Defendants In Opposition to Motion to Strike filed by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit R-A)(Oropallo, Michael) Modified on 8/4/2005 (ba, ). (Entered: 08/03/2005) |
| 08/04/2005 | | Notice of Correction re:35 Brief: Docket entry corrected by Clerk to reflect that a link was created to the Motion in which the brief relates as well as correcting the text to reflect the proper identification of the document. (ba, ) (Entered: 08/04/2005) |
| 08/04/2005 | 36 | REPLY to Response to Motion re 26 MOTION to Compel *Discovery Reply Memorandum of Defendants in Response to Memorandum of Law in Reply to Defendants Opposition to Plaintiff's Motion to Strike and in Opposition to Defendants' Motion to Compel* filed by Defendant Lauren Spencer Inc. (Attachments: # 1 Exhibit A)(Rogers, Douglas) (Entered: 08/04/2005) |
| 08/04/2005 | 37 | NOTICE: Settlement Conference set for 9/15/2005 @ 9:00 AM w/mediator Donald R Keller -room assignments will be posted OUTSIDE room 102(wh1, ) (Entered: 08/04/2005) |
| 08/10/2005 | | STIPULATION *Order Staying Defendants' Motion to Compel and Plaintiff's Motion to Strike Pending Exchange of Additional Discovery* by Plaintiff George G Harris. (Oropallo, Michael) (Entered: 08/10/2005) |
| 08/11/2005 | 39 | NOTICE OF WITHDRAWL OF DOCUMENT by Plaintiff George G Harris re [38] Stipulation *and Order Staying Defendants' Motion to Compel and Plaintiff's Motion to Strike Pending Exchange of Additional Discovery* (Oropallo, Michael) (Entered: 08/11/2005) |
| 08/11/2005 | | Notice of Correction re: Stipulation (former Doc. 38) and 39 Notice of Withdrwal of Document; Counsel has been advised that Stipulations can be emailed to the Court; pursuant to the notice of withdrawal filed by the Plaintiff, the attached document to the entry has been removed by the Clerk. (ba, ) (Entered: 08/11/2005) |

| | | |
|---|---|---|
| 08/15/2005 | 40 | NOTICE by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee *Defendants' Disclosure of Expert Witnesses*(Attachments: # 1 Exhibit Expert Witness Report# 2 Exhibit Expert Witness Report)(Williams, Scott) (Entered: 08/15/2005) |
| 08/18/2005 | 41 | ORDER stiking # 40 Notice (disclosures filed by OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Pophie Lee,, Bowen Lee. Signed by Judge Terence P Kemp on 8/18/05. (rew ) (Entered: 08/18/2005) |
| 08/31/2005 | 42 | NOTICE by Plaintiff George G Harris *of Deposition Upon Oral Examination of Judy Fitzpatrick* (Mattes, William) (Entered: 08/31/2005) |
| 08/31/2005 | 43 | NOTICE by Plaintiff George G Harris *of Deposition Upon Oral Examination of Kathy Eshelman* (Mattes, William) (Entered: 08/31/2005) |
| 09/01/2005 | 44 | NOTICE by Plaintiff George G Harris *of Filing Affidavit of Service of Process on Defendant Kathy Eshelman* (Mattes, William) (Entered: 09/01/2005) |
| 09/01/2005 | 45 | NOTICE by Plaintiff George G Harris *of Filing Affidavit of Service of Process on Defendant Judy Fitzpatrick* (Mattes, William) (Entered: 09/01/2005) |
| 09/07/2005 | 46 | NOTICE vacating 09/05 SW -to be reset 12/05 SW(wh1, ) (Entered: 09/07/2005) |
| 10/14/2005 | 47 | ACKNOWLEDGEMENT OF SERVICE Executed *on 10/13/05 for Subpoena to Records Custodian, U.S. Post Office, Powell, OH 43065* Acknowledgement filed by Plaintiff George G Harris. (Mattes, William) (Entered: 10/14/2005) |
| 10/19/2005 | 48 | ORDER Counsel to confer w/in five (5) business days and inform Court by 10/26/05 if case should not be set for December 2005 Settlement Week. Signed by Judge Terence P Kemp on 10/19/05. (jm) (Entered: 10/19/2005) |
| 10/27/2005 | 49 | AGREED DISCOVERY ORDER: This Agreed Order may only be superseded by further Order of this Court . Signed by Judge Terence P Kemp on 10/26/05. (jm) Modified on 10/28/2005 to correct spelling(jm, ). (Entered: 10/27/2005) |
| 10/27/2005 | 50 | Letter to Judge Kemp regarding STATUS REPORT by Plaintiff George G Harris. (Oropallo, Michael) Modified on 10/30/2005 (ba, )more accurately identify the filing. (Entered: 10/27/2005) |
| 10/30/2005 | | Notice of Correction re:50 Status Report; docket text modified to more accurately identify the filing; counsel notified by email that letters to the Court should not be filed electronically. (ba, ) (Entered: 10/30/2005) |
| 11/03/2005 | 51 | ORDER: case referred to December 2005 Settlement Week - Notice to follow . Signed by Judge Terence P Kemp on 11/02/05. (jm) (Entered: 11/03/2005) |
| 11/17/2005 | | Reset Columbus PPTO Deadlines: Ptys req SW 3/06. (wh1, ) (Entered: 11/17/2005) |
| 11/28/2005 | 52 | MOTION for Summary Judgment by Plaintiff George G Harris. Responses due by 12/22/2005 (Attachments: # 1 Memorandum of Law in Support of Motion for Summary Judgment# 2 Exhibits Cover Sheet# 3 Errata 1# 4 Exhibit 1-a# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 4# 8 Exhibit 4-a# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 6-a# 12 Exhibit 7-12# 13 Exhibit 13-15# 14 Exhibit 16# 15 Exhibit |

| | | |
|---|---|---|
| | | 16-a# 16 Exhibit 16-b# 17 Exhibit 17# 18 Exhibit 17-a# 19 Exhibit 17-b# 20 Exhibit 17-c# 21 Exhibit 17-d# 22 Exhibit 18# 23 Exhibit 18-a# 24 Exhibit 19# 25 Exhibit 19-a# 26 Exhibit 20# 27 Exhibit 20-a# 28 Exhibit 20-a-1# 29 Exhibit 20-a-2# 30 Exhibit 20-b# 31 Exhibit 21# 32 Exhibit 22# 33 Affidavit Declaration of Michael A. Oropallo)(Oropallo, Michael) (Entered: 11/28/2005) |
| 11/28/2005 | 53 | MOTION for Default Judgment as to by Plaintiff George G Harris. Responses due by 12/22/2005 (Attachments: # 1 Memorandum of Law in Support of Motion for Default/Preclude)(Oropallo, Michael) (Entered: 11/28/2005) |
| 11/28/2005 | 54 | MOTION to Compel *for Pre-Judgment Attachment* by Plaintiff George G Harris. (Attachments: # 1 Memorandum of Law in support of Motion for Pre-Judgment Attachment)(Oropallo, Michael) (Entered: 11/28/2005) |
| 11/29/2005 | | (Former Doc. 55) MOTION for Summary Judgment *DUPLICATE FILING WITH ADDITIONAL EXHIBITS 23-31* by Plaintiff George G Harris. Responses due by 12/23/2005 (Attachments: # (1) Exhibit 23# (2) Exhibit 23-a# (3) Exhibit 23-b# (4) # (5) Affidavit 23-d# (6) Affidavit 23-d-1# (7) Exhibit 23-e# (8) Exhibit 23-f# (9) Exhibit 23-g# (10) Exhibit 23-h# (11) Exhibit 23-i# (12) Exhibit 23-j# (13) Exhibit 23-k# (14) Exhibit 23-l# (15) Exhibit 23-m# (16) Exhibit 24# (17) Exhibit 25# (18) Exhibit 26# (19) Exhibit 27# (20) Exhibit 28# (21) Exhibit 29# (22) Exhibit 30# (23) Exhibit 31)(Oropallo, Michael) Modified on 12/1/2005 (ba, ) to remove the .pdf; counsel advised to refile this document as a supplemental to their original motion for summary judgment at Doc. 52. (Entered: 11/29/2005) |
| 12/01/2005 | 56 | Supplemental Memorandum Supporting re 52 MOTION for Summary Judgment by Plaintiff George G Harris. (Attachments: # 1 Exhibit 23# 2 Exhibit 23-a# 3 Exhibit 23-b# 4 Exhibit 23-c# 5 Exhibit 23-d# 6 Exhibit 23-d-1# 7 Exhibit 23-e# 8 Exhibit 23-f# 9 Exhibit 23-g# 10 Exhibit 23-h# 11 Exhibit 23-i# 12 Exhibit 23-j# 13 Exhibit 23-k# 14 Exhibit 23-l# 15 Exhibit 23-m# 16 Exhibit 24# 17 Exhibit 25# 18 Exhibit 26# 19 Exhibit 27# 20 Exhibit 28# 21 Exhibit 29# 22 Exhibit 30# 23 Exhibit 31)(Oropallo, Michael) (Entered: 12/01/2005) |
| 12/01/2005 | | Notice of Correction re: (Former Doc. 55) MOTION for Summary Judgment *DUPLICATE FILING WITH ADDITIONAL EXHIBITS 23-31* ;.dpf was removed as this was a duplicate filing of Doc. 52; counsel was advised to refile Former Doc. 55 as a supplemental to their original motion at Doc. 52. (ba, ) (Entered: 12/01/2005) |
| 12/05/2005 | 57 | MOTION for Judgment on the Pleadings *Motion of the Lauren-Spencer Defendants for Judgment on the Pleadings on Counts 2, 3, 4, 5 and 6* by Defendant Lauren-Spencer Inc. Responses due by 12/29/2005 (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Rogers, Douglas) (Entered: 12/05/2005) |
| 12/06/2005 | 58 | NOTICE by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee *of Manual Filing of Exhibits to Motion of Lauren-Spencer Defendants to Dismiss for Lack of Subject Matter Jurisdiction Certain Copyright Infringement Claims of Plaintiff* (Rogers, Douglas) (Entered: 12/06/2005) |
| 12/06/2005 | 59 | MOTION to Dismiss for Lack of Jurisdiction *of Subject Matter for Certain Copyright Infringement Claims of Plaintiff* by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. Responses due by |

| | | |
|---|---|---|
| | | 12/30/2005 (Attachments: # 1 Exhibit 1 List of pins subject to this Motion# 2 Exhibit 2 Young v. Mahasagar, Inc., 2005 WL 1868151, *2 (S.D. Ohio 2005) (J. Frost)# 3 Exhibit 3 Affidavit and Exhibit A to Affidavit of George Harris# 4 Exhibit 4 Part 1 George Harris Deposition Transcript [parts not called Attorneys? Eyes Only]# 5 Exhibit 4 Part 2 George Harris Deposition Transcript [parts not called Attorneys? Eyes Only]# 6 Exhibit 5 Michelle Kortbawi Deposition Transcript# 7 Exhibit 6 10 dog photographs Harris sent to Kortbawi# 8 Exhibit 15 VA848-116# 9 Exhibit 16 VA922-536# 10 Exhibit 17 VA970-157# 11 Exhibit 18 VA1-104-269# 12 Exhibit 19 VA1-104-914# 13 Exhibit 20 VA1-146-169# 14 Exhibit 21 First Supplemental Application for VA848-116# 15 Exhibit 22 Second Supplemental Application for VA848-116# 16 Exhibit 23 First Supplemental Application for VA922-536# 17 Exhibit 24 Second Supplemental Application for VA922-536# 18 Exhibit 25 First Supplemental Application for VA970-157# 19 Exhibit 26 Second Supplemental Application for VA970-157# 20 Exhibit 27 First Supplemental Application for VA1-104-269# 21 Exhibit 28 Second Supplemental Application for VA1-104-269# 22 Exhibit 29 First Supplemental Application for VA1-104-914# 23 Exhibit 30 Second Supplemental Application for VA1-104-914# 24 Exhibit 31 First Supplemental Application for VA1-146-169# 25 Exhibit 32 Second Supplemental Application for VA1-146-169# 26 Exhibit 34 March 19, 2005 letter from Copyright Office Examiner to Harris# 27 Exhibit 35 Garner v. Sawgrass Mills Limited Partnership, 1994 WL 829978 (Dist. Minn. 1994)# 28 Exhibit 36 Excerpts from Plaintiff's Second Supplemental Response to Defendants OTC, Inc. a/k/a Oriental Trader's Co., Lauren-Spencer, Inc., Shirley Lee, Bowen Lee and Popphie Lee's First Request for Production of Documents# 29 Exhibit 37 Excerpts from Plaintiff's Third Supplemental Response to Defendants OTC, Inc. a/k/a Oriental Trader's Co., Lauren-Spencer, Inc., Shirley Lee, Bowen Lee and Popphie Lee's First Request for Production of Documents# 30 Exhibit 38 Print-out from http://www.wildlifepewterpins.com/dogs-pl-order.htm (11/23/05)# 31 Exhibit 40 Excerpts from AKC?s The Complete Dog Book.# 32 Exhibit 41 Excerpts from The Official Book Of The Labrador Retriever.# 33 Exhibit 43 Harrison/Erickson, Inc. v. Chicago Bulls Ltd. Partnership, 1991 WL 51118 (S.D. N.Y. 1991.)(Rogers, Douglas) (Entered: 12/06/2005) |
| 12/06/2005 | | Remark: Exhibits 7-14, 39 and 42 manually filed are located with the file, in the clerk's office. (jm, ) (Entered: 12/07/2005) |
| 12/07/2005 | 60 | NOTICE by Defendant Lauren-Spencer Inc *Notice of Manual Filing Exhibits* (Rogers, Douglas) (Entered: 12/07/2005) |
| 12/07/2005 | 61 | MOTION for Partial Summary Judgment by Defendant Lauren-Spencer Inc. Responses due by 1/2/2006 (Attachments: # 1 Exhibit 1# 2 Exhibit 8# 3 Exhibit 9)(Rogers, Douglas) (Entered: 12/07/2005) |
| 12/07/2005 | 62 | Manually filed exhibits by Defendant Lauren-Spencer Inc re 61 MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit 2# 2 Exhibit 3# 3 Exhibit 4# 4 Exhibit 5# 5 Exhibit 6# 6 Exhibit 7)(jm, ) (Entered: 12/08/2005) |
| 12/08/2005 | 63 | NOTICE by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee re 59 MOTION to Dismiss for Lack of Jurisdiction *of Subject Matter for Certain Copyright Infringement Claims of Plaintiff of Correction of* |

| | | |
| --- | --- | --- |
| | | *Exhibit 1* (Rogers, Douglas) (Entered: 12/08/2005) |
| 12/12/2005 | | ***Status Conference held on 12/12/2005 before Magistrate Judge Kemp---for statistical purposes only. (pb1, ) (Entered: 01/06/2006) |
| 12/29/2005 | 64 | ORDER - Parties to file their Memo in Opposition to opposing parties' Motions on or before 3/1/06; Parties to file reply memos on or before 3/13/06. Signed by Judge Terence P Kemp on 12/27/05. (dms) (Entered: 12/29/2005) |
| 01/18/2006 | | Status Conference held on 1/18/2006 before Magistrate Judge Terence P. Kemp. (pb1, ) (Entered: 02/03/2006) |
| 02/09/2006 | 65 | AGREED DISPOSITIVE MOTION ORDER: Parties will file their Memorandum in Opposition to the opposing parties' motions by 4/3/06. Reply Memorandums due by 4/17/06 . Signed by Judge Terence P Kemp on 02/08/06. (jm, ) (Entered: 02/09/2006) |
| 04/03/2006 | 66 | RESPONSE in Opposition re 59 MOTION to Dismiss for Lack of Jurisdiction *of Subject Matter for Certain Copyright Infringement Claims of Plaintiff* filed by Plaintiff George G Harris. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Mattes, William) (Entered: 04/03/2006) |
| 04/03/2006 | 67 | RESPONSE in Opposition re 61 MOTION for Partial Summary Judgment filed by Plaintiff George G Harris. (Attachments: # 1 Exhibit)(Mattes, William) (Entered: 04/03/2006) |
| 04/03/2006 | 68 | RESPONSE in Opposition re 57 MOTION for Judgment on the Pleadings *Motion of the Lauren-Spencer Defendants for Judgment on the Pleadings on Counts 2, 3, 4, 5 and 6* filed by Plaintiff George G Harris. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Mattes, William) (Entered: 04/03/2006) |
| 04/03/2006 | 69 | RESPONSE in Opposition re 54 MOTION to Compel *for Pre-Judgment Attachment /Disclosure of Defendants' Assets* filed by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Williams, Scott) (Entered: 04/03/2006) |
| 04/03/2006 | 70 | MOTION File Exhibits Manually re 69 Response in Opposition to Motion by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Attachments: # 1)(Williams, Scott) (Entered: 04/03/2006) |
| 04/03/2006 | 71 | RESPONSE in Opposition re 53 MOTION for Default Judgment as to *Plaintiff's Motion for Default Judgment/Preclusion* filed by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Williams, Scott) (Entered: 04/03/2006) |
| 04/03/2006 | 72 | MOTION *to Manually File Exhibits to Defendant's Memorandum in Opposition to Plaintiff's Motion for Default Judgment/Preclusion* by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Attachments: # 1)(Williams, Scott) (Entered: 04/03/2006) |
| 04/03/2006 | 73 | RESPONSE in Opposition re 52 MOTION for Summary Judgment *Memorandum by the Lauren Spencer Defendants in Opposition to Harris Motion for Summary Judgment* filed by Defendants Daniel Lee, Pophie Lee, OTC, Inc., |

| | | |
|---|---|---|
| | | OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee, Bowen Lee. (Attachments: # 1 Exhibit Exhibit List# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N# 16 Exhibit O# 17 Exhibit P# 18 Exhibit Q-1# 19 Exhibit Q-2# 20 Exhibit R# 21 Exhibit S# 22 Exhibit T# 23 Exhibit U# 24 Exhibit V# 25 Exhibit W# 26 Exhibit X-1# 27 Exhibit X-2# 28 Exhibit X-3# 29 Exhibit Y# 30 Exhibit Z# 31 Exhibit AA# 32 Exhibit BB# 33 Exhibit CC# 34 Exhibit DD# 35 Exhibit EE# 36 Exhibit FF# 37 Exhibit GG# 38 Exhibit HH# 39 Exhibit II-1# 40 Exhibit II-2# 41 Exhibit II-3# 42 Exhibit JJ# 43 Exhibit KK# 44 Exhibit LL# 45 Exhibit MM# 46 Exhibit NN# 47 Exhibit OO)(Rogers, Douglas) (Entered: 04/03/2006) |
| 04/03/2006 | 74 | NOTICE by Defendants Daniel Lee, Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee *of Manual Filing of Exhibit F to Memorandum in Opposition to the Harris Motion for Summary Judgment* (Russo, Gina) (Entered: 04/03/2006) |
| 04/03/2006 | 75 | RESPONSE in Opposition re 53 MOTION for Default Judgment as to filed by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Williams, Scott) (Entered: 04/03/2006) |
| 04/03/2006 | 76 | MOTION To file exhibits manually re 75 Response in Opposition to Motion *for Default Judgment/Preclusion* by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Attachments: # 1)(Williams, Scott) (Entered: 04/03/2006) |
| 04/05/2006 | 77 | Supplemental Memorandum Supporting re 75 Response in Opposition to Motion *for Default Judgment/Preclusion* by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Attachments: # 1 Exhibit Exhibit 2# 2 Exhibit Exhibit 3# 3 Exhibit Exhibit 4# 4 Exhibit Exhibit 5# 5 Exhibit Exhibit 6a# 6 Exhibit Exhibit 6b# 7 Exhibit Exhibit 6c# 8 Exhibit Exhibit 6d# 9 Exhibit Exhibit 7# 10 Exhibit Exhibit 8# 11 Exhibit Exhibit 9# 12 Exhibit Exhibit 10# 13 Exhibit Exhibit 11# 14 Exhibit Exhibit 12a# 15 Exhibit Exhibit 12b# 16 Exhibit Exhibit 13# 17 Exhibit Exhibit 14# 18 Exhibit Exhibit 15# 19 Exhibit Exhibit 16# 20 Exhibit Exhibit 17# 21 Exhibit Exhibit 18# 22 Exhibit Exhibit 19# 23 Exhibit Exhibit 20# 24 Exhibit Exhibit 21# 25 Exhibit Exhibit 22a# 26 Exhibit Exhibit 22b# 27 Exhibit Exhibit 22c)(Williams, Scott) (Entered: 04/05/2006) |
| 04/05/2006 | 78 | Supplemental Memorandum Supporting re 69 Response in Opposition to Motion *for Pre-Judgment Attachment/Disclosure of Defendants' Assets* by Defendants Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. (Attachments: # 1 Exhibit Exhibit 1b# 2 Exhibit Exhibit 1c# 3 Exhibit Exhibit 1d)(Williams, Scott) (Entered: 04/05/2006) |
| 04/12/2006 | 79 | MOTION for Extension of Time to File Response/Reply as to 73 Response in Opposition to Motion,,,,, 69 Response in Opposition to Motion, 71 Response in Opposition to Motion New date requested 4/27/2006. by Plaintiff George G Harris. (King, Michael) (Entered: 04/12/2006) |
| 04/14/2006 | 80 | Notice of Correction: that the attached document is a duplicate of document number (79) and is being resent due to technical difficulties with ECF that |

| | | |
| --- | --- | --- |
| | | occurred late evening on 04-11-06 and the morning of 04-12-06. If you have any questions, please contact Lisa Wright at (614) 719-3222. (mkb1, ) (Entered: 04/14/2006) |
| 04/14/2006 | 81 | ORDER granting 79 Motion for Extension of Time to file reply briefs - extension to 4/27/06. Signed by Judge Terence P Kemp on 04/14/06. (jm, ) (Entered: 04/14/2006) |
| 04/19/2006 | 82 | ORDER - Defendants to file reply briefs on or before 4/27/06. Signed by Judge Terence P Kemp on 04/19/06. (dms) (Entered: 04/19/2006) |
| 04/27/2006 | 83 | REPLY to RESPONSE in Opposition re 59 MOTION to Dismiss for Lack of Jurisdiction *of Subject Matter for Certain Copyright Infringement Claims of Plaintiff Reply of Lauren Spencer Defendants to Harris Memorandum in Opposition to Motion to Dismiss (also relates to Doc. #66)* filed by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Rogers, Douglas) Modified on 4/28/2006 (ba, ) to edit docketing text. (Entered: 04/27/2006) |
| 04/27/2006 | 84 | REPLY to Response to Motion re 61 MOTION for Partial Summary Judgment *Reply to Harris Memorandum in Opposition to Motion for Partial Summary Judgment of Lauren Spencer Defendants (also relates to Doc. #67)* filed by Defendant Lauren-Spencer Inc. (Rogers, Douglas) (Entered: 04/27/2006) |
| 04/27/2006 | 85 | REPLY to Response to Motion re 57 MOTION for Judgment on the Pleadings *Motion of the Lauren-Spencer Defendants for Judgment on the Pleadings on Counts 2, 3, 4, 5 and 6 (Also refers to Doc. #68)* filed by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit A)(Rogers, Douglas) (Entered: 04/27/2006) |
| 04/27/2006 | 86 | REPLY to Response to Motion re 52 MOTION for Summary Judgment filed by Plaintiff George G Harris. (Attachments: # 1 Exhibit 1# 2 Affidavit of George Harris# 3 Exhibit 1 to Harris Affidavit# 4 Exhibit 2a to Harris Affidavit# 5 Exhibit 2b to Harris Affidavit# 6 Exhibit 3 to Harris Affidavit# 7 Exhibit 4 to Harris Affidavit# 8 Appendix Lexis caselaw# 9 Appendix Lexis caselaw# 10 Appendix Lexis caselaw# 11 Appendix Lexis caselaw)(King, Michael) (Entered: 04/27/2006) |
| 04/27/2006 | 87 | REPLY to Response to Motion re 53 MOTION for Default Judgment as to filed by Plaintiff George G Harris. (Attachments: # 1 Appendix Lexis caselaw# 2 Appendix Lexis caselaw)(King, Michael) (Entered: 04/27/2006) |
| 04/27/2006 | 88 | REPLY to Response to Motion re 54 MOTION to Compel *for Pre-Judgment Attachment* filed by Plaintiff George G Harris. (King, Michael) (Entered: 04/27/2006) |
| 04/27/2006 | 89 | MOTION for Hearing *to Examine All Works and Reference Materials in Question* by Plaintiff George G Harris. (King, Michael) (Entered: 04/27/2006) |
| 04/28/2006 | | Notice of Correction re:83 Response in Opposition to Motion; text edited to "Reply" to Response in Opposition. (ba, ) (Entered: 04/28/2006) |
| 05/01/2006 | 90 | MOTION to Strike 86 Reply to Response to Motion, *Motion of Lauren Spencer Defendants to Strike Affidavit of George Harris Attached to Document #86* by |

| | | |
|---|---|---|
| | | Defendant Lauren-Spencer Inc. Responses due by 5/22/2006 (Rogers, Douglas) (Entered: 05/01/2006) |
| 05/01/2006 | 91 | RESPONSE in Opposition re 89 MOTION for Hearing *to Examine All Works and Reference Materials in Question*, 52 MOTION for Summary Judgment *Memorandum of Lauren Spencer Defendants in Opposition to Motion/Request of Harris for Evidentiary Hearing* filed by Defendant Lauren-Spencer Inc. (Rogers, Douglas) (Entered: 05/01/2006) |
| 05/12/2006 | 92 | RESPONSE in Support re 89 MOTION for Hearing *to Examine All Works and Reference Materials in Question - Reply Memorandum of Law In Further Support of Plaintiff's Motion for Oral Argument and Request for Evidentiary Hearing to Examine All Works and Reference Materials In Question* filed by Plaintiff George G Harris. (Attachments: # 1 Exhibit Book excerpt/pictures - "Drawing Mammals")(Mattes, William) (Entered: 05/12/2006) |
| 05/22/2006 | 93 | RESPONSE in Opposition re 90 MOTION to Strike 86 Reply to Response to Motion, *Motion of Lauren Spencer Defendants to Strike Affidavit of George Harris Attached to Document #86* filed by Plaintiff George G Harris. (Attachments: # 1 Supplement Lexis Case)(Oropallo, Michael) (Entered: 05/22/2006) |
| 05/24/2006 | 94 | RESPONSE in Support re 90 MOTION to Strike 86 Reply to Response to Motion, *Motion of Lauren Spencer Defendants to Strike Affidavit of George Harris Attached to Document #86* filed by Defendant Lauren-Spencer Inc. (Rogers, Douglas) (Entered: 05/24/2006) |
| 10/03/2006 | 95 | MOTION for Leave to File *Motion by Lauren Spencer Defendants for Leave to Supplement the Authorities Relied Upon in Support of Their Motion for Partial Summary Judgment* by Defendant Lauren-Spencer Inc. (Attachments: # 1 Exhibit A)(Rogers, Douglas) (Entered: 10/03/2006) |
| 10/04/2006 | 96 | AMENDED DOCUMENT by Defendants Daniel Lee, Pophie Lee, OTC, Inc., Lauren-Spencer Inc, Shirley Lee, Bowen Lee. Amendment to 95 MOTION for Leave to File *Motion by Lauren Spencer Defendants for Leave to Supplement the Authorities Relied Upon in Support of Their Motion for Partial Summary Judgment*, 61 MOTION for Partial Summary Judgment. (Attachments: # 1 Exhibit A)(Rogers, Douglas) (Entered: 10/04/2006) |
| 10/04/2006 | 97 | RESPONSE to Motion re 95 MOTION for Leave to File *Motion by Lauren Spencer Defendants for Leave to Supplement the Authorities Relied Upon in Support of Their Motion for Partial Summary Judgment* filed by Plaintiff George G Harris. (Mattes, William) (Entered: 10/04/2006) |
| 10/05/2006 | 98 | REPLY to Response to Motion re 95 MOTION for Leave to File *Motion by Lauren Spencer Defendants for Leave to Supplement the Authorities Relied Upon in Support of Their Motion for Partial Summary Judgment* filed by Defendant Lauren-Spencer Inc. (Rogers, Douglas) (Entered: 10/05/2006) |
| 10/31/2006 | 99 | NOTICE AND ORDER . Signed by Judge Michael H. Watson on 10/31/2006. (kw) (Entered: 10/31/2006) |
| 01/19/2007 | 100 | ORDER granting 70, 72 & 76 Motions to manually file exhibits. Signed by |

| | Judge Terence P Kemp on 01/19/2007. (sr) (Entered: 01/19/2007) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/28/2007 14:52:38 | | | |
| **PACER Login:** | vs0084 | **Client Code:** | 055546-000005/3077 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-00884-MHW-TPK |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |