UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMCO Insurance Company**

**N O T I C E**

vs

Case Number **2:06- 472**
**Judge Frost**

**Lauren Spencer, Inc, et al**

**Magistrate Judge King**

**[ X ] TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:** Joseph P Kinneary U.S. Courthouse
85 Marconi Boulevard, Rm 235
Columbus, Ohio  43215

**July 12, 2007 @ 1:30 p.m.**

Type of Proceeding:     **Continued Preliminary Pretrial Conference**

**Norah M$^c$Cann King**
**United States Magistrate Judge**

Date:  **June 21, 2007**

*s/John D. Miller*
(By) John D. Miller/Courtroom Deputy
(614) 719-3026

To:
**See electronic notice for counsel served**

**Please call John Miller (614-719-3026) if any counsel or parties have been omitted.**

Dockets.Justia.com