# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**AMCO Insurance Company**

vs

**N O T I C E**

Case Number **2:06-CV-472**
**Judge Frost**

Magistrate Judge King

**Lauren Spencer, Inc, et al**

**[ X ] TAKE NOTICE** that the        **Continued Preliminary Pretrial Conference**

previously scheduled on **July 12, 2007** at **1:30 p.m.** in the above entitled action has been

**RESCHEDULED** to **July 26, 2007** at **3:00 p.m.**

**Norah M<sup>c</sup>Cann King**
**United States Magistrate Judge**

Date:   **July 11, 2007**

s/John D. Miller
(By) John D. Miller/Courtroom Deputy
(614) 719-3026

To:   Check electronic notice for counsel

Please call John Miller (614-719-3026) if any counsel or parties have been omitted.