IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMCO INSURANCE COMPANY,**

        Plaintiff,

  vs.                             Civil Action 2:06-CV-472
                                 Judge Frost
                                 Magistrate Judge King

**LAUREN-SPENCER, INC.,** *et al.*,

        Defendants.

## CONTINUED PRELIMINARY PRETRIAL ORDER

      A continued preliminary pretrial conference was held on July 26, 2007. All parties were represented.

      The Court has found a duty to defend and to indemnify[1] on the part of plaintiff. *Opinion and Order,* Doc. No. 24.

      The underlying action, *Harris v. OTC,* C-2-04-884, remains pending and may be referred to mediation.

      The parties to this action shall consider private mediation and will file a written report on the status of mediation, if any, no later than August 15, 2007.

      The parties agree that, until the underlying action is resolved, this action should be stayed.

      A continued preliminary pretrial will be held upon the resolution of the pending motions in the underlying case or in four (4) months, whichever is earlier.

      Consistent with the *Preliminary Pretrial Order,* Doc. No. 14, and without objection by plaintiff, the claims against defendant Daniel Lee are **DISMISSED,** without prejudice, pursuant to F.R. Civ. P. 4(m).

---

[1] Plaintiff may move for clarification of the scope of the duty to indemnify.

```
July 26, 2007                              s/Norah McCann King
                                           Norah McCann King
                                    United States Magistrate Judge
```