# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, : | |
| : | Case No. C2-06-472 |
| Plaintiff, : | |
| : | Judge Frost |
| v. : | |
| : | Magistrate Judge King |
| LAUREN-SPENCER, INC., et al., : | |
| : | |
| Defendants. : | |

## JOINT REPORT REGARDING STATUS OF MEDIATION

Pursuant to this Court's Order of July 26, 2007, AMCO Insurance Company and Lauren-Spencer, Inc., hereby submit the following report on the status of mediation. As a preliminary matter, the parties agree that the preferred context for mediation efforts is in the underlying case, *Harris v. OTC*, C2-04-884. It is the understanding of the undersigned counsel, who are not directly involved in the underlying case, that the parties in that matter have agreed on the desirability of mediation and are proceeding with discussions concerning logistics (*e.g.*, dates, location, mediator). To date, nothing definite has yet been agreed upon or scheduled. Respectfully submitted,

s/Amy S. Thomas (per authorization)
Amy S. Thomas (0074380)
REMINGER & REMINGER CO., LPA
Capitol Square Office Building
65 E. State Street, 4th Floor
Columbus, OH 43215-5657
Telephone:    (614) 232-2627
Facsimile:    (614) 232-2410
athomas@reminger.com

*Attorneys for Plaintiff AMCO Insurance Company*

s/William J. Pohlman
William J. Pohlman (0040912)
Kathreen Nuber McGinnis (0078041)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone:    (614) 464-8349
Facsimile:    (614) 719-4908
wjpohlman@vssp.com

*Attorneys for Defendants Lauren-Spencer, Inc., Shirley Lee, Bowen Lee, and Popphie Lee*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2007, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following counsel of record in this matter:

    Amy S. Thomas
    Reminger & Reminger Co., LPA
    Capitol Square Office Building
    65 E. State Street, 4th Floor
    Columbus, OH  43215-5657

    *Attorneys for Plaintiff AMCO Insurance Company*

    William M. Mattes
    Dinsmore & Shohl
    175 S. Third Street
    Suite 1000
    Columbus, OH  43215-5134

    *Attorneys for Defendant George Harris*


            s/William J. Pohlman
            William J. Pohlman (0040912)