# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**AMCO INSURANCE COMPANY,**

      **Plaintiff,**

**v.**

**LAUREN-SPENCER, INC., et al.,**

      **Defendants.**

**Case No. 2:06-cv-472**
**JUDGE GREGORY L. FROST**
**Magistrate Judge King**

## ORDER

This case is hereby referred to the Mediator for the Southern District of Ohio.

The Mediator is instructed to contact the parties for scheduling purposes.

Bob Kaiser, Mediator

100 Potter Stewart U.S. Courthouse, Room # 331

100 East Fifth Street

Cincinnati, Ohio 45202

Telephone number is 513-564-7330.

**IT IS SO ORDERED**.

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE

Dockets.Justia.com