IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMCO INSURANCE COMPANY,**

        **Plaintiff,**

  vs.                          **Civil Action 2:06-CV-472**
                                    **Judge Frost**
                                    **Magistrate Judge King**

**LAUREN-SPENCER, INC.,** *et al.***,**

        **Defendants.**

<u>ORDER</u>

The Court conferred with counsel on November 15, 2007 regarding the status of this case.

This case remains **STAYED** pending resolution of *Harris v. OTC*, C-2-04-884, or until further order of the Court.

<u>November 21, 2007</u>                        <u>*s/Norah McCann King*</u>
                                                          Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge